IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–127–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SEAN CRAIG RAYFIELD, | |
| Defendant. | |

Before the Court is Defendant Sean Craig Rayfield's Unopposed Motion to Amend Judgment to Correct Clerical Error. (Doc. 101.) The Court sentenced Mr. Rayfield on Tuesday, October 6, 2020. In its judgment (Doc. 98), the Court erroneously misstated the docket number associated with the state court judgment that runs concurrently to Mr. Rayfield's term of imprisonment. Additionally, the Court mistakenly stated that Mr. Rayfield's criminal monetary penalties must be made to the Clerk, United States District Court, P.O. Box 8537, Missoula, MT 59807, instead of to the Clerk, United States District Court, James F. Battin U.S. Courthouse, 2601 2nd Ave. North, Ste 1200, Billings, MT 59101. (Doc. 98 at 7.)

Accordingly, IT IS ORDERED that Mr. Rayfield's motion (Doc. 101) is GRANTED.

IT IS FURTHER ORDERED that an amended judgment shall be prepared and filed. The amended judgment shall state that Mr. Rayfield's term of

1

imprisonment is 48 months, to be run concurrently with Riverside County California Superior Court case, Dkt. No. BAF1100124 and that his criminal monetary penalties must be made to the Clerk, United States District Court, James F. Battin U.S. Courthouse, 2601 2nd Ave. North, Ste 1200, Billings, MT 59101.

DATED this 9th day of October, 2020.

_____
Dana L. Christensen, District Judge
United States District Court